# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>  v.<br><br>Ferdinand Echavia,<br><br>               Defendant. | No. 17 CR 455-1<br><br>Judge Virginia M. Kendall |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Beth Palmer of Perkins Coie LLP respectfully requests that this Court grant her leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Ms. Palmer states as follows:

1. Beth Palmer of Perkins Coie LLP is one of the attorneys of record for Ferdinand Echavia.

2. Beth Palmer is leaving the firm of Perkins Coie LLP effective October 9, 2020.

3. Ferdinand Echavia will continue to be represented by counsel from the firm of Perkins Coie LLP.

WHEREFORE, Ms. Palmer respectfully requests that the Court grant her leave to withdraw as one of the attorneys of record in this action.

                                                By: /s/ Beth E. Palmer

Beth E. Palmer
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
bpalmer@perkinscoie.com

149702108.1

## CERTIFICATE OF SERVICE

I, Beth Palmer, certify that on October 8, 2020, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

                                                    /s/ Beth E. Palmer